**Dismissed and Memorandum Opinion filed November 26, 2024**



In The

# Fourteenth Court of Appeals

### NO. 14-24-00628-CV

## FARIBORZ SHOJAI AND CONTRACT DEVELOPERS, INC, Appellants

## V.

## MORRELL MASONRY SUPPLY, INC, Appellee

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2020-50900**

## MEMORANDUM OPINION

This is an appeal from a judgment signed August 9, 2024. The notice of appeal was filed August 24, 2024. To date, our records show that appellants have not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207 (appellate fees and costs).

On September 24, 2025, this court ordered appellants to pay the appellate filing fee within 10 days or the appeal would be subject to dismissal without

further notice. Appellants have not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).


PER CURIAM


Panel consists of Chief Justice Christopher and Justices Bourliot and Wilson.